# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDIE THOMAS, | Case No. 18-cv-2791-BAS-NLS |
| Plaintiff, | **ORDER REGARDING DEFENDANT'S SERVICE OF PROCESS** |
| v. | |
| QUALITY LOAN SERVICE CORPORATION, et al., | |
| Defendants. | |

Defendant Quality Loan Service Corporation served its motion to dismiss on pro se Plaintiff Rudie Thomas only by filing the document electronically via this Court's CM/ECF system. (ECF No. 17-2.) There is no indication that Defendant served Plaintiff personally or by mail. Service through a court's electronic-filing system is only proper if the receiver is a "registered user." Fed. R. Civ. P. 5(b)(E). It should be clear to Defendant that Plaintiff is not a registered user of the CM/ECF system. Plaintiff is pro se and has not received Court permission to be a registered user and electronically file documents using CM/ECF. *See* Office of the Clerk, United States District Court for the Southern District of California, *Electronic Case*

*Filing Administrative Policies and Procedures Manual* § 2(b) (2018).  It appears the only reason Plaintiff has received and responded to Defendant's motion is because he purchased the documents himself.  The Court orders Defendant to comply with the federal rules and this district's rules in the future in serving Plaintiff.  Defendant is also to ensure that Plaintiff has received all relevant documents that Defendant improperly served throughout this case.

**IT IS SO ORDERED.**

**DATED: August 30, 2019**

Hon. Cynthia Bashant
United States District Judge